# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RONNIE LEE FRENCH,<br><br>　　　　Defendant. | Case No. 3:01-cr-0176-MMD-WGC<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY SUPERVISED RELEASE SPECIAL CONDITION #11** |

## **ORDER**

Based on the Unopposed Motion of defense counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Defendant's Supervised Release Special Condition 11 be modified to allow Mr. French to move to his mother's residence in Las Vegas, Nevada, as soon as he begins Phase II of the CARE program.

All other conditions of supervised release as stated in the Judgment at ECF No. 70 remain in effect.

DATED this __16th__ day of May, 2017.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE